**GUCOVSCHI ROZENSHTEYN, PLLC.**
Adrian Gucovschi (State Bar No. 360988)
140 Broadway, Fl. 46
New York, NY 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gr-firm.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY GALANTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CRESTA INTELLIGENCE, INC.,<br><br>Defendant. | Case No.  3:25-cv-05007-SI<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Judy Galanter, by and through her undersigned counsel of record, hereby dismiss her claims against Defendant Cresta Intelligence, Inc., without prejudice.

Dated: September 3, 2025

Respectfully submitted,

**GUCOVSCHI ROZENSHTEYN, PLLC.**

By: /s/ Adrian Gucovschi

Adrian Gucovschi (State Bar No. 360988)
140 Broadway, Fl. 46
New York, NY 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gr-firm.com

*Attorney for Plaintiff*